

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2022

No. 04-22-00245-CV

Larry **CONN**, Laura Conn, and L-C Concrete, Inc. d/b/a Texas Concrete Construction Company,
Appellants

v.

Paul **BISHOP**, Individually And Derivatively On Behalf Of Medina Valley Materials, LLC,
Medina Valley Holdings, LLC, Medina Valley Land, LLC, Medina Valley Equipment, LLC,
And Medina Valley Concrete Construction, LLC, And Jacob Bishop, Individually And
Derivatively On Behalf Of Medina Valley Materials, LLC, Medina Valley Holdings, LLC,
Medina Valley Land, LLC, and Medina Valley Equipment, LLC,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI02401
Honorable David A. Canales, Judge Presiding

# O R D E R

This court has provided copies of sealed Supplemental Clerk's Record Volume 1 and sealed Supplemental Clerk's Record Volume 2 to appellants' and appellees' attorneys on CD-ROM. We have ordered "[a]ll parties and their attorneys . . . not to share the contents of any sealed record with any person except to the extent necessary to prepare their respective briefs."

On August 3, 2022, the parties filed a letter requesting this court's permission for them to provide the sealed record to Mr. Gary Milligan, the receiver over various Medina Valley entities and a party to the underlying litigation. Appellants and appellees state Mr. Milligan requested access to the sealed record and he agrees to be bound by the terms of the protective order governing the litigation. Appellants and appellees do not state the reason Mr. Milligan desires access to the record; nevertheless, they are not opposed to his request.

We GRANT the request and counsel for appellants may provide a copy of sealed Supplemental Clerk's Record Volume 1 and sealed Supplemental Clerk's Record Volume 2 to Mr. Milligan on CD-ROM. Appellants are ORDERED to provide a copy of this court's July 11, 2022 Order to Mr. Milligan. Mr. Milligan, his attorneys, and other representatives are ORDERED to fully comply with the terms of the July 11, 2022 Order.

Appellees' brief was due on August 8, 2022. On August 5, 2022, appellees filed an unopposed motion requesting a twenty-day extension of time to file their brief. The motion is GRANTED and appellees are ORDERED to file their brief **no later than August 29, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court